UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BECKER METAL WORKS, INC.,

    Plaintiff,

v.

GENWORTH LIFE AND ANNUITY
INSURANCE COMPANY,

    Defendant.
_____/

No. 23-11264

Honorable Nancy G. Edmunds

**JUDGMENT**

In accordance with the Court's opinion and order granting Defendant's motion to dismiss entered this date,

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's complaint is DISMISSED, and this case is CLOSED.

SO ORDERED.

                                      s/Nancy G. Edmunds
                                      Nancy G. Edmunds
                                      United States District Judge

Dated: December 6, 2023

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 6, 2023, by electronic and/or ordinary mail.

                                      s/Lisa Bartlett
                                      Case Manager